## GIBSON v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 30, September Term, 1960.]

*Decided November 15, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons set out in the opinion of the court below.